UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>MIKE BOBADILLA CASTRO (1),<br><br>                Defendant. | CASE NO. 11CR2258-H<br><br>JUDGMENT OF DISMISSAL |

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in case #11CR2829-H against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Information:

21:952 AND 960; 18:2

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: JULY 12, 2011

                                                          BERNARD G. SKOMAL
                                                          UNITED STATES MAGISTRATE JUDGE